United States District Court
Southern District of Texas
**ENTERED**
May 16, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| WEAVER & JACOBS CONSTRUCTORS, INC., § § § Plaintiff, § VS. § AMERISURE INSURANCE COMPANY, § § Defendant. § | § § § § § § CIVIL ACTION NO. 6:17-CV-05 § § § § |

## ORDER OF DISMISSAL

The Plaintiff and the Defendant by and through their attorneys of record, having informed the Court that the Plaintiff's suit herein against Defendant has been resolved, and that Plaintiff having prayed that its action against Defendant be dismissed with prejudice, and it appearing to the Court that the dismissal with prejudice should be made as prayed.

The Court having expressly determined that there is no just reason for delay in entering judgment as to the Plaintiff's claims herein against AMERISURE INSURANCE COMPANY, and the Court hereby expressly directs that final judgment dismissing with prejudice such claims of the Plaintiff against Defendant be made.

Now, therefore, it is ORDERED, ADJUDGED and DECREED that Plaintiff WEAVER & JACOBS CONSTRUCTORS, INC.'s claims against AMERISURE INSURANCE COMPANY, be and the same are hereby dismissed, with prejudice, as of

such settlement, with legally taxable costs herein to be borne by the parties incurring same.

All relief not expressly granted herein is DENIED.

SIGNED at Galveston, Texas, this 16th day of May, 2017.

_George C. Hanks Jr._
George C. Hanks Jr.
United States District Judge